UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
KATSABANIS, KONSTANTINON              §   Case No. 09-04265
KATSABANIS, OLYMPIA                   §
                                      §
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/05/2013 in Courtroom 680,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/15/2013            By: /s/ Barry A. Chatz, Trustee
                                       Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 09-04265-JPC
Konstantinon Katsabanis                                         Chapter 7
Olympia Katsabanis
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley             Page 1 of 2              Date Rcvd: Nov 13, 2013
                              Form ID: pdf006           Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2013.
db/jdb        +Konstantinon Katsabanis,    Olympia Katsabanis,    1206 W. Robin Lane,
                Mount Prospect, IL 60056-4022
13514804      +AT&T,   C/O: Alliant Law Group,    PO Box 468569,    Atlanta, GA 31146-8569
13514801      +Advocate Lutneran Gen. Hosp.,    1775 Dempster St.,    Park Ridge, IL 60068-1174
13514805       Bank of America,    4060 Ogleton St.,    Newark, DE 19713
13514811      +Capital One Bank USA NA,    Box 30281,    Salt Lake City, UT 84130-0281
13514813      +Chase,   Box 15153,    Wilmington, DE 19886-5153
13801713       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13594069      +Church Street Properties,    C/O: Alan Levin,    205 W Randolph Ste 1030,    Chicago, IL 60606-1813
13514814       Citbusiness/Citi,    Box 688916,    Des Moines, IA 50368
13875877       CitiFinancial Retail Services,    P O Box 140489,    Irving TX 75014-0489
13514815      +Citibank S. D./ Home Depot,    Box 6497,    Sioux Falls, SD 57117-6497
13514816      +Citifinancial, Wickes CC,    Box 22064,    Tempe, AZ 85285-2064
13514817      +Comcast Cable,    Box 3002,    Southeastern, PA 19398-3002
13514819       Consella-Dorken Products,    c/o Credit Bureau Services Canada,    26 Queen St.,
                St. Katharines, ON L2R 6S7
13514820      +Countrywide Home Loans,    450 American St. S,    Simi Valley, CA 93065-6285
13543361     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
                (address filed with court: Ford Motor Credit Company LLC,    P O Box 537901,
                Livonia  MI  48153-9905)
13514821      +Ford Motor Credit,    Box 542000,    Omaha, NE 68154-8000
13514825      +HSBC Menards,    Box 15521,    Wilmington, DE 19850-5521
13514823      +Harris Bank,    c/o Statman Harris & Eyrich LLC,    200 W. Madison, #3820,    Chicago, IL 60606-3465
13514824      +House of Rental,    Attn. Randy,    5115 Church St.,    Skokie, IL 60077-1201
13696363       Illinois State Toll Highway Authority,    Violation Administration Center,    2700 Ogden Avenue,
                Downers Grove IL 60515-1703,    VS091052604/VN090976444
13696364       Illinois Tollway,    PO Box 5201,    Lisle IL 60532-5201,    VS091052604/VN090976444
13594068      +Liberty Mutual,    C/O: McMahan & Signick,    412 S Wells St 6th,    Chicago, IL 60607-3923
19931766       Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
13514828      +Northwest Community Hosp.,    900 W. Central Rd.,    Arlington Heights, IL 60005-2373
13514832      +RH Donnelly,    c/o Liquidebt Syst.,    29W110 Butterfield Rd. #108,    Warrenville, IL 60555-2828
13514831      +Receivables Performand,    Assignee of Sprint PCS,    Box 768,    Bothell, WA 98041-0768
13514833      +Richtech,    c/o Benjamin & Williams Credit,    5485 Expressway Drive North,
                Holtsville, NY 11742-1311
13514834      +Safeguard Bus. Systems,    c/o RMS,    305 Fellowship Rd.; Box 5471,    Mount Laurel, NJ 08054-1232
13514835      +Senior Connectin,    Box 38,    Dundee, IL 60118-0038
13514837      +U-Store-It,    0604 /Des PL,    1950 S. Mt Prospect Rd.,    Des Plaines, IL 60018-1807
13514839     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    425 Walnut St.,    Cincinnati, OH 45202)
13514838      +United Rentals,    4330 W. 41st St.,    Chicago, IL 60632-3907
13514841      +Verizon Wireless,    Box 1850,    Folsom, CA 95763-1850
13514842      +Volvo Financial Services,    Box 7247 0236,    Philadelphia, PA 19170-0001
13514843      +Wells Fargo,    Box 5169,    Sioux Falls, SD 57117-5169
13872957      +Yellow Book USA,    C/O RMS Bankruptcy Recovery Services,    P O BOX 5126,
                Timonium, MD 21094-5126
13514844       Yellow Book USA,    Box 586,    Newark, NJ 07101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13514810      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Nov 14 2013 04:17:36
                Capital One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
13514818       E-mail/Text: legalcollections@comed.com Nov 14 2013 04:17:21       Commonwealth Edison,
                P O BOX 767,    Chicago, IL 60690-0767
14009400       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2013 04:38:39
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
13514822      +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2013 04:32:47       GEMB/ABT TV,    Box 981439,
                El Paso, TX 79998-1439
13514827      +E-mail/Text: bankrup@aglresources.com Nov 14 2013 04:14:37       NICOr,    Box 416,
                Aurora, IL 60568-0001
13834819      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2013 04:35:22
                PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
19931767       E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 04:35:53
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14064518      +E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 04:32:53
                Recovery Management Systems Corporation,    For GE Money Bank,    dba ABT TV/GEMB,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13514836      +E-mail/Text: appebnmailbox@sprint.com Nov 14 2013 04:15:48       Sprint,    Box 8077,
                London, KY 40742-8077
                                                                                               TOTAL: 9
```

```
District/off: 0752-1           User: mhenley              Page 2 of 2                  Date Rcvd: Nov 13, 2013
                               Form ID: pdf006            Total Noticed: 47


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13514802      Alex Katsabani
13514803      Alex Katsabani
13514826      Internal Revenue Service
13514829      Quick -Stop Waterp;roofing
13514830      Quick Stop
13514808*     Bank of America,    4060 Ogleton St.,    Newark, DE 19713
13514806*     Bank of America,    4060 Ogleton St.,    Newark, DE 19713
13514807*     Bank of America,    4060 Ogleton St.,    Newark, DE 19713
13514812*    +Capital One Bank USA NA,    Box 30281,    Salt Lake City, UT 84130-0281
13514840*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    425 Walnut St.,    Cincinnati, OH 45202)
13514809   ##+Blue Cross/Blue Shield,    Box 2039,   Aurora, IL 60507-2039
                                                                                        TOTALS: 5, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2013                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christopher B Lega    on behalf of Plaintiff Barry A Chatz clega@jnlegal.net,   chrislega@gmail.com
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              Cindy M. Johnson    on behalf of Plaintiff Barry A Chatz cjohnson@jnlegal.net,
               KLindsey@jnlegal.net
              Daniel   Rubin    on behalf of Creditor    Harris N.A. drubin@howardandhoward.com
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Plaintiff Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Joint Debtor Olympia   Katsabanis gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Debtor Konstantinon   Katsabanis gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Kyle A Lindsey    on behalf of Plaintiff Barry A Chatz klindsey@jnlegal.net,   cjohnson@jnlegal.net
              Marc D Sherman    on behalf of Joint Debtor Olympia   Katsabanis marc@mshermanlawoffice.com,
               info@mshermanlawoffice.com
              Marc D Sherman    on behalf of Debtor Konstantinon   Katsabanis marc@mshermanlawoffice.com,
               info@mshermanlawoffice.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Todd J Ruchman    on behalf of Creditor    Countrywide Home Loans Servicing LP
               truchman@fisherandshapirolaw.com,   BK_IL_Notice@fisherandshapirolaw.com
                                                                                             TOTAL: 14
```