UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
KATSABANIS, KONSTANTINON § Case No. 09-04265
KATSABANIS, OLYMPIA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BARRY A. CHATZ_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Countrywide Home Loans 450 American St. S Simi Valley, CA 93065 |  |  |  |  |  |
|  | Ford Motor Credit Box 790093 Saint Louis, MO 63197 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank c/o Statman Harris & Eyrich LLC 200 W. Madison, #3820 Chicago, IL 60606 | | | | | |
| | US Bank 425 Walnut St. Cincinnati, OH 45202 | | | | | |
| | US Bank 425 Walnut St. Cincinnati, OH 45202 | | | | | |
| | Wells Fargo Box 5169 Sioux Falls, SD 57117 | | | | | |
| 000004B | HARRIS BANK | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| JOHNSON LEGAL GROUP | | | | | |
| JOHNSON LEGAL GROUP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T c/o Alliant Law Group Box 468569 Atlanta, GA 31146 | | | | | |
| | Advocate Lutneran Gen. Hosp. 1775 Dempster St. Park Ridge, IL 60068 | | | | | |
| | Bank of America 4060 Ogleton St. Newark, DE 19713 | | | | | |
| | Bank of America 4060 Ogleton St. Newark, DE 19713 | | | | | |
| | Bank of America 4060 Ogleton St. Newark, DE 19713 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 6)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4060 Ogleton St. Newark, DE 19713 | | | | | |
| | Blue Cross/Blue Shield Box 2039 Aurora, IL 60507 | | | | | |
| | Capital One Auto Finance c/o NCO Financial Box 15740 Wilmington, DE 19850 | | | | | |
| | Capital One Bank USA NA Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Capital One Bank USA NA Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase Box 15153 Wilmington, DE 19886 | | | | | |
| | Church Street Properties c/o Alan Levin 205 W. Randolph, Ste. 1030 Chicago, IL 60606 | | | | | |
| | Citbusiness/Citi Box 688916 Des Moines, IA 50368 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank S. D./ Home Depot Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citifinancial, Wickes CC Box 22064 Tempe, AZ 85285 | | | | | |
| | Comcast Cable Box 3002 Southeastern, PA 19398 | | | | | |
| | Commonwealth Edison Bill Payment Center Chicago, IL 60668 | | | | | |
| | Consella-Dorken Products c/o Credit Bureau Services Canada 26 Queen St. St. Katharines, ON L2R 6S7 | | | | | |
| | GEMB/ABT TV Box 981439 El Paso, TX 79998 | | | | | |
| | HSBC Menards Box 15521 Wilmington, DE 19805 | | | | | |
| | House of Rental Attn. Randy 5115 Church St. Skokie, IL 60077 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liberty Mutual c/o McMahan & Sigunick 412 S. Wells St., 6th Floor Chicago, IL 60607 | | | | | |
| | NICOr Box 416 Aurora, IL 60568 | | | | | |
| | Northwest Community Hosp. 900 W. Central Rd. Arlington Heights, IL 60005 | | | | | |
| | RH Donnelly c/o Liquidebt Syst. 29W110 Butterfield Rd. #108 Warrenville, IL 60555 | | | | | |
| | Receivables Performand Assignee of Sprint PCS Box 768 Bothell, WA 98041 | | | | | |
| | Richtech c/o Benjamin & Williams Credit 5485 Expressway Drive North Holtsville, NY 11742 | | | | | |
| | Safeguard Bus. Systems c/o RMS 305 Fellowship Rd.; Box 5471 Mount Laurel, NJ 08054 | | | | | |
| | Senior Connectin Box 38 Dundee, IL 60118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint Box 8077 London, KY 40742 | | | | | |
| | U-Store-It 0604 /Des PL 1950 S. Mt Prospect Rd. Des Plaines, IL 60018 | | | | | |
| | United Rentals 4330 W. 41st St. Chicago, IL 60632 | | | | | |
| | Verizon Wireless Box 1850 Folsom, CA 95630 | | | | | |
| | Volvo Financial Services Box 7247 0236 Philadelphia, PA 19170 | | | | | |
| | Yellow Book USA Box 586 Newark, NJ 07101 | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000006 | CITIFINANCIAL RETAIL SERVICES | | | | | |
| | CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004A | HARRIS BANK | | | | | |
| 000007 | LIBERTY MUTUAL | | | | | |
| 000003 | PYOD LLC AS ASSIGNEE OF CITIBANK | | | | | |
| 000010 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000005 | YELLOW BOOK USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 09-04265 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | KATSABANIS, KONSTANTINON | | | Date Filed (f) or Converted (c): | 02/11/09 (f) |
| | KATSABANIS, OLYMPIA | | | 341(a) Meeting Date: | 03/25/09 |
| For Period Ending: | 09/15/14 | | | Claims Bar Date: | 06/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE, 1206 W. ROBIN LANE, MT. PROSPECT, IL 60 | 392,000.00 | Unknown | | 0.00 | FA |
| 2. CASH IN DEBTORS' POSSESSION | 100.00 | Unknown | | 0.00 | FA |
| 3. MIDWEST BANK, ACCOUNT NO. 316996 | 150.00 | Unknown | | 0.00 | FA |
| 4. MISC. ITEMS OF USED HOUSEHOLD GOODS AND FURNISHING | 1,000.00 | Unknown | | 0.00 | FA |
| 5. MISC. BOOKS AND PICTURES ACQUIRED OVER A PERIOD OF | 50.00 | Unknown | | 0.00 | FA |
| 6. MISC. ITEMS OF USED WEARING APPAREL HAVING NO KNOW | 500.00 | Unknown | | 0.00 | FA |
| 7. COSTUME JEWERY AND OLD FUR JACKET NONE HAVING ANY | 200.00 | Unknown | | 0.00 | FA |
| 8. USED GOLF CLUBS, SCUBA GEAR, 2 WAVE RUNNERS WITH T | 200.00 | Unknown | | 0.00 | FA |
| 9. HUSBAND OWNS 70% INTEREST IN QUICK STOP WATERPROOF | 0.00 | Unknown | | 0.00 | FA |
| 10. TAX REFUND FOR 2008 | 0.00 | Unknown | | 0.00 | FA |
| 11. INFINITY QX56 SUV, PURCHASED 2007 FOR APPROX. $60, | 40,000.00 | Unknown | | 0.00 | FA |
| 12. 2006 GMC SIERRA C2500 HD, APPROX. 35000 MILES | 14,600.00 | Unknown | | 0.00 | FA |
| 13. 2005 F250 4X4 PICKUP | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 14. PREFERENCE TRANSFER INSURANCE PROCEEDS PAYMENT MADE TO DEBTOR AND TURNED OVER BY DEBTOR TO DEBTOR'S BROTHER DURING PREFERENCE PERIOD. | 0.00 | 23,000.00 | | 20,446.84 | FA |
| TOTALS (Excluding Unknown Values) | $461,800.00 | $36,000.00 | | $20,446.84 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREPARE TDR TO CLOSE CASE

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 18.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-04265    JPC    Judge: JACQUELINE P. COX | Trustee Name:    BARRY A. CHATZ |
| Case Name: | KATSABANIS, KONSTANTINON | Date Filed (f) or Converted (c):    02/11/09 (f) |
| | KATSABANIS, OLYMPIA | 341(a) Meeting Date:    03/25/09 |
| | | Claims Bar Date:    06/26/09 |

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-04265 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | KATSABANIS, KONSTANTINON | | Bank Name: | BANK OF NEW YORK MELLON |
| | KATSABANIS, OLYMPIA | | Account Number / CD #: | *******9349 Checking Account |
| Taxpayer ID No: | *******9969 | | | |
| For Period Ending: | 09/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/13 | 14 | AMERICAN AUCTION ASSOCIATES, INC. 8515 SOUTH THOMAS AVENUE BRIDGEVIEW, IL 60455 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 9,000.00 | | 9,000.00 |
| 04/25/13 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | EXPENSES PURSUANT TO 4/2/13 COURT ORDER | 2200-000 | | 215.23 | 8,784.77 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,774.77 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 13.10 | 8,761.67 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 12.61 | 8,749.06 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 13.01 | 8,736.05 |
| * 09/06/13 | 14 | OLYMPIA & KONSTANTINION KATSABANIS | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-003 | 11,446.84 | | 20,182.89 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 12.99 | 20,169.90 |
| * 09/19/13 | 14 | OLYMPIA & KONSTANTINION KATSABANIS | LIQUIDATION OF OTHER SCHEDULED ASSE DEPOSIT CHARGEBACK | 1129-003 | -11,446.84 | | 8,723.06 |
| 09/25/13 | 14 | OLYMPIA & KONSTANTINION KATSABANIS | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 11,446.84 | | 20,169.90 |
| 12/05/13 | 300002 | JOHNSON LEGAL GROUP ATTN: CINDY JOHNSON 39 SOUTH LASALLE STREET SUITE 820 CHICAGO, IL 60603 | Attorney for Trustee Fees (Other Fi | | | 6,835.36 | 13,334.54 |
| | | | Fees 6,815.61 | 3210-000 | | | |
| | | | Expenses 19.75 | 3220-000 | | | |
| 12/05/13 | 300003 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, ILLINOIS 60604 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 5,500.00 | 7,834.54 |
| 12/05/13 | 300004 | BARRY A. CHATZ, TRUSTEE | Trustee Compensation | | | 1,455.38 | 6,379.16 |
| | | | Fees 1,397.34 | 2100-000 | | | |

Page Subtotals  20,446.84  14,067.68

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2         Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 09-04265 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | KATSABANIS, KONSTANTINON | Bank Name: | BANK OF NEW YORK MELLON |
| | KATSABANIS, OLYMPIA | Account Number / CD #: | *******9349 Checking Account |
| Taxpayer ID No: | *******9969 | | |
| For Period Ending: | 09/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses      58.04 | 2200-000 | | | |
| 12/05/13 | 300005 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 3.45% | 7100-000 | | 351.26 | 6,027.90 |
| 12/05/13 | 300006 | PYOD LLC assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 3.45% | 7100-000 | | 152.07 | 5,875.83 |
| * 12/05/13 | 300007 | Harris Bank<br>c/o Statman Harris & Eyrich LLC<br>200 W. Madison, #3820<br>Chicago, IL 60606 | Claim 000004A, Payment 3.45% | 7100-003 | | 51.15 | 5,824.68 |
| 12/05/13 | 300008 | Yellow Book USA<br>C/O RMS Bankruptcy Recovery Services<br>P O BOX 5126<br>Timonium, MD 21094 | Claim 000005, Payment 3.45% | 7100-000 | | 1,524.39 | 4,300.29 |
| * 12/05/13 | 300009 | CitiFinancial Retail Services<br>P O Box 140489<br>Irving TX 75014-0489 | Claim 000006, Payment 3.45% | 7100-003 | | 56.69 | 4,243.60 |
| 12/05/13 | 300010 | Liberty Mutual<br>C/O: McMahan & Signick<br>412 S Wells St 6th<br>Chicago, IL 60607 | Claim 000007, Payment 3.45% | 7100-000 | | 3,285.92 | 957.68 |
| 12/05/13 | 300011 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 3.45% | 7100-000 | | 553.68 | 404.00 |
| 12/05/13 | 300012 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809 | Claim 000009, Payment 3.45% | 7100-000 | | 240.72 | 163.28 |

Page Subtotals     0.00     6,215.88

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-04265 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | KATSABANIS, KONSTANTINON | | Bank Name: | BANK OF NEW YORK MELLON |
| | KATSABANIS, OLYMPIA | | Account Number / CD #: | ********9349 Checking Account |
| Taxpayer ID No: | ********9969 | | | |
| For Period Ending: | 09/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | 300013 | Oklahoma City, OK 73124-8809<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba ABT TV/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000010, Payment 3.45% | 7100-000 | | 163.28 | 0.00 |
| * 03/13/14 | 300007 | Harris Bank<br>c/o Statman Harris & Eyrich LLC<br>200 W. Madison, #3820<br>Chicago, IL 60606 | Claim 000004A, Payment 3.45%<br>CHECK REPRESENTING SECOND ATTEMPT TO DISTRIBUTE WAS NOT CASHED - TURN OVER TO BANKRUPTCY COURT | 7100-003 | | -51.15 | 51.15 |
| * 03/13/14 | 300009 | CitiFinancial Retail Services<br>P O Box 140489<br>Irving TX 75014-0489 | Claim 000006, Payment 3.45%<br>CHECK REPRESENTING SECOND ATTEMPT TO DISTRIBUTE WAS NOT CASHED - TURN OVER TO BANKRUPTCY COURT | 7100-003 | | -56.69 | 107.84 |
| 03/27/14 | 300014 | CLERK OF THE U.S. BANKRUPTCY COURT | UNSECURED CLAIM<br>TURNOVER TO BANKRUPTCY COURT OF UN-NEGOTIATED DISTRIBUTION CHECKS: (1) CITIFINANCIAL RETAIL SERVICES-$56.69 AND (2) HARRIS BANK-$51.15 | 7100-000 | | 107.84 | 0.00 |

| | COLUMN TOTALS | 20,446.84 | 20,446.84 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 20,446.84 | 20,446.84 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 20,446.84 | 20,446.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9349 | 20,446.84 | 20,446.84 | 0.00 |
| | 20,446.84 | 20,446.84 | 0.00 |

Page Subtotals 0.00 163.28

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-04265 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KATSABANIS, KONSTANTINON | | Bank Name: | BANK OF NEW YORK MELLON |
| | KATSABANIS, OLYMPIA | | Account Number / CD #: | *******9349 Checking Account |
| Taxpayer ID No: | *******9969 | | | |
| For Period Ending: | 09/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 18.01